UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRENT NICHOLSON, an individual; et al., <br><br> Plaintiffs, <br><br> v. <br><br> THRIFTY PAYLESS, INC., a California corporation; and RITE AID CORPORATION, a Delaware corporation, <br><br> Defendants. | NO. 2:12-cv-01121-RSL <br><br> **AMENDED** NOTICE OF CIVIL APPEAL <br><br> District Court Judge Robert S. Lasnik |

Notice is hereby given that plaintiffs NMP Concord II, LLC; San Pablo Cruise, LLC; Oakley Dokley, LLC; Holy Rose, LLC; Sunnyboy, LLC; Full to the Brem, LLC; High Ho Silver-Dale, LLC; Whateverett, LLC; The Right Angeles, LLC; No One to Blaine, LLC; and, Poulsbo Holdings, LLC (collectively, the "LLC Appellants") appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting in Part Thrifty's Motion for Partial Summary Judgment [Dkt. 57], Order Granting in Part Rite Aid's Motion for Summary Judgment [Dkt. 58], Order Granting Defendants' Motion for Summary Judgment [Dkt. 121], Judgment [Dkt. 122], and Order Denying Motion for Reconsideration [Dkt. 136].

**AMENDED** NOTICE OF CIVIL APPEAL – 1
No. 2:12-cv-01121-RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Brent Nicholson appeals from the Order Granting Defendants' Motion for Summary Judgment [Dkt. 121], Judgment [Dkt. 122], and Order Denying Motion for Reconsideration [Dkt. 136] to the extent they impose personal liability on him for damages.

DATED this 16th day of April, 2015.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By    s/ *Jeffrey M. Thomas*
Jeffrey M. Thomas, WSBA #21175
Michael Rosenberger, WSBA #17730
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: jthomas@gordontilden.com
Email: mrosenberger@gordontilden.com

**AMENDED** NOTICE OF CIVIL APPEAL – 2
No. 2:12-cv-01121-RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Al Van Kampen
avk@rvk-law.com

David E. Crowe
dcrowe@rvk-law.com

Delbert D. Miller
dmiller@rohdelaw.com

DATED this 16th day of April, 2015.

                                                s/ *Jeffrey M. Thomas*
                                                Jeffrey M. Thomas, WSBA #21175

**AMENDED** NOTICE OF CIVIL APPEAL – 3
No. 2:12-cv-01121-RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292