Hon. Robert Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENT NICHOLSON, *et al.*,<br><br>                         Plaintiffs,<br><br>    v.<br><br>THRIFTY PAYLESS, INC., a California corporation; and RITE AID CORPORATION, a Delaware corporation,<br><br>                         Defendants. | Case No. 12-cv-01121 RSL<br><br>**AMENDED NOTICE OF CROSS-APPEAL BY THRIFTY PAYLESS, INC. AND RITE AID CORPORATION** |

Notice is hereby given that defendant Thrifty Payless, Inc. appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Motion for Summary Judgment [Dkt. No. 121], Judgment [Dkt. No. 122], and defendants Thrifty Payless, Inc. and Rite Aid Corporation appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting in Part Motion for Attorney Fees [Dkt. No. 142].

DATED this 18th day of May, 2015.

ROHDE & VAN KAMPEN PLLC

s/ *Delbert D. Miller*
_____

Delbert D. Miller, WSBA No. 1154
*dmiller@rvk-law.com*
Al Van Kampen, WSBA No. 13670
*avk@rvk-law.com*
Nathan T. Paine, WSBA No. 34487
*npaine@rvk-law.com*
David E. Crowe, WSBA No. 43529
*dcrowe@rvk-law.com*
Attorneys for Defendants

Amended Notice of Cross-Appeal by Thrifty
Payless, Inc. and Rite Aid Corporation - 1
12-cv-01121 RSL

**ROHDE & VAN KAMPEN** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
Tel: (206) 386-7353
Fax: (206) 405-2825

## Declaration of Service

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey M. Thomas
Michael R. Rosenberger
Susannah C. Carr
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
*jthomas@gordontilden.com*
*mrosenberger@gordontilden.com*
*scarr@gordontilden.com*
*Attorneys for Plaintiffs*

DATED this 18th day of May, 2015.

        s/ Delbert D. Miller
        Delbert D. Miller

Amended Notice of Cross-Appeal by Thrifty Payless, Inc. and Rite Aid Corporation - 2
12-cv-01121 RSL

**ROHDE & VAN KAMPEN** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
Tel: (206) 386-7353
Fax: (206) 405-2825